IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Orlando Division

In re: Dennise Isabel Collazo-Bonet and
Jonathan Michael Collazo Torres, Debtors.

Case No.  6:19-bk-03415-CCJ

DENNISE ISABEL COLLAZO-BONET
and JONATHAN MICHAEL COLLAZO TORRES,

    Plaintiffs,
vs.

PMAB, LLC,

    Defendant.
_____/

# Debtors' Complaint for Violation of the Automatic Stay

    Plaintiffs, DENNISE ISABEL COLLAZO-BONET and JONATHAN MICHAEL COLLAZO TORRES, by their undersigned counsel, file their Complaint for Violation of the Automatic Stay against the Defendant, PMAB, LLC, alleges as follows:

    1.    This is a core proceeding over which this court has jurisdiction under 28 U.S.C. §§ 157(b).

    2.    Plaintiffs the debtors in this chapter 7 case.  Defendant, PMAB, LLC, is a debt collector attempting to collect a debt on behalf of a creditor of the Debtors/Plaintiffs, Orlando Health.

    3.    Defendant, PMAB, LLC, is a limited liability company, having its principal places of business at 4135 South Stream Blvd., Ste 400, Charlotte, NC 28217, that regularly collect debts allegedly owed to another within the State of Florida.

4. Jurisdiction of this Court is proper pursuant to 28 U.S.C. § 157 (b)(1) in that this action arises under the Chapter 7 bankruptcy case filed in this district and division at docket 6:19-bk-03415-CCJ and is a core proceeding.

5. Debtors/Plaintiffs filed their Chapter 7 case on May 23, 2019.

6. The filing of the Chapter 7 case on May 23, 2019 pursuant to 11 U.S.C § 301 triggered an automatic stay, pursuant to 11 U.S.C. § 362(a), of all debt collection against the Debtors.

7. A Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines, was mailed to Debtors' Creditors, including Orlando Health.

8. After the aforementioned, Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines, was sent to Orlando Health, on August 12, 2019 and acting on behalf of Orlando Health, Defendant sent Plaintiffs a communication attempting to collect a debt.

9. In addition to being a violation of this Court's stay, Defendant contacted the Debtors/Plaintiffs knowing that they were represented by counsel.

10. The Defendant's conduct has caused Plaintiff to experience worries and concerns that are separate from the anxiety she felt about the bankruptcy. Their reactions and emotions were not fleeting or inconsequential. They suffered significant emotional harm as a result of Defendant's conduct in willfully violating the automatic stay. The circumstances surrounding the violation make it obvious that a reasonable person would suffer significant emotional harm. They suffered actual damages in the form of out-of-pocket expenses, attorney's fees, and emotional distress.

11. Defendant, Orlando Health was named in Schedule F of the petition as a creditor without security or priority.

12. Defendant, PMAB, LLC is a debt collector within the meaning of the Florida Consumer Collection Practices Act; Fla. Stat. §559 et seq.

13. Upon receipt of the above-mentioned Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines, Defendant, PMAB, LLC, was required to immediately halt any and all efforts to collect any owing to Defendant, PMAB, LLC, from Debtor/Plaintiff.

14. Defendant's attempt to collect the debt through the above described action subsequent to the notification of the subject bankruptcy, constitutes a willful violation of this Court's stay order.

WHEREFORE, the Debtors/Plaintiffs pray that this Court will enter an Order:

 a. Declaring the Defendant guilty of civil contempt by violating the automatic stay granted herein; and

 b. Declaring that the Defendant violated the rights of Debtor/Plaintiff as secured by Fla. Stat. §559.72(18) by its actions including but not limited to the Settlement Offer dated August 12, 2019; and

 c. Awarding Debtor/Plaintiff actual damages and statutory damages in the amount of $1,000.00, plus attorney's fees and costs as provided in Fla. Stat. §559.77; and

 d. Awarding Debtor/Plaintiff compensatory damages, plus attorney's fees and costs pursuant to 11 U.S.C. §362(k) and for contempt of Court; and

 e. Granting such additional relief as it deems necessary or proper.

## Count I – Stay Violation

15. The foregoing paragraphs are incorporated herein by reference.

16. Defendant's conduct violated 11 U.S.C. § 362(a)

WHEREFORE, Plaintiffs request an Order declaring the Defendant guilty of civil contempt by violating the automatic stay; and awarding Plaintiffs compensatory damages and costs pursuant to 11 U.S.C. § 362(k) and for contempt of court.

### Count II – Fair Debt Collection Practices Act

1. The foregoing paragraphs are incorporated herein by reference.

2. Declaring that the Defendant violated the rights of Debtors/Plaintiffs as secured by of Section 807 of the FDCPA, 15 U.S.C. §1692e(1) by its actions including but not limited to the sending of the Settlement Offer dated August 12, 2019.

### Count III – Florida Consumer Collection Practices Act

3. The foregoing paragraphs are incorporated herein by reference.

4. Declaring that the Defendant violated the rights of Debtors/Plaintiffs as secured by Fla. Stat. §559.72(18) by its actions including but not limited to the Settlement Offer dated August 12, 2019.

### Count IV – Attorney's Fees

5. The foregoing paragraphs are incorporated herein by reference.

6. Plaintiff is entitled to attorney's fees pursuant to 11 U.S.C. § 362(k).

WHEREFORE, Plaintiffs requests an award of reasonable attorney's fees pursuant to 11 U.S.C. § 362(k).

Dated this 22 August 2019.

                    */s/ N. James Turner*
                    N. James Turner, Esquire
                    Counsel for Debtors/Plaintiffs
                    Debt Relief Law Center
                    100 S. Bumby Avenue
                    Orlando, Florida  32803
                    (888) 877-5103
                    Email address:  njtlaw@gmail.com
                    Florida Bar No. 203041

655710 - 00000074 - Page 1 of 1



PMAB, LLC.
P.O. BOX 12150
CHARLOTTE NC 28220-2150
Phone (800) 849-0088 or (704) 553-7146

|  |  |
|---|---|
| Name: | D |
| Reference #: | S |
| Current Balance: | $2 |
| Settlement Amount: | $1 |

August 12, 2019

**Settlement Offer**

Dear Dennise Collazobonnet,

Please be advised that our company has been contracted by the above client to represent them i balance. We understand that this debt could be an oversight on your part, thus your settlement account. Please make your remittance payable to: PMAB, LLC.. If you need to discuss this ma



Mail payment in
enclosed envelope



Pay online:
www.payments.pmab.com

Please remit $157.94 to close out your account. Take advantage of this limited time offer. S **no later than 30 days from the date of this notice.**

If you have an active financial assistance application related to this debt, please inform us a

Sincerely,
PMAB, LLC
**Business Hours Mon-Thurs 8-8pm Fri 8-4pm**

| Creditor Name | Account Number | Regarding |
|---|---|---|
| ORLANDO HEALTH | 4146963246 | COLLAZOBONNET, IS |
| ORLANDO HEALTH | 4146900842 | COLLAZOBONNET, IS |

This communication is from a debt collector. This is an attempt to collect a debt. Any i that purpose.